**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| In re: ALVAREZ, JOSE REL | § Case No. 12-43155-DRD7 |
| | § |
| | § |
| Debtor(s) | § |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 31, 2012. The undersigned trustee was appointed on July 31, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $         2,200.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1.72 |
| Bank service fees | 50.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 400.00 |
| Leaving a balance on hand of [1]    $ | 1,748.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/03/2012 and the deadline for filing governmental claims was 01/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $450.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $450.00, for a total compensation of $450.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $119.26, for total expenses of $119.26.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/16/2013      By: /s/DAVID C. STOVER
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-43155-DRD7  
**Case Name:** ALVAREZ, JOSE REL  

**Trustee:**     (450310)   DAVID C. STOVER  
**Filed (f) or Converted (c):** 07/31/12 (f)  
**§341(a) Meeting Date:** 08/29/12  

**Period Ending:** 12/16/13  

**Claims Bar Date:** 12/03/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  LAND: ALL OF LOT 170 OF THE PLAT OF EMERALD POIN<br>    Imported from original petition Doc# 1 | 75,000.00 | 37,357.05 | | 0.00 | FA |
| 2  CHECKING ACCOUNT: 3454<br>    Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3  CHECKING ACCOUNT: 4562<br>    Imported from original petition Doc# 1 | 298.00 | 0.00 | | 0.00 | FA |
| 4  SAVINGS ACCOUNT: 3454<br>    Imported from original petition Doc# 1 | 391.23 | 0.23 | | 0.00 | FA |
| 5  FURNITURE: 1 LOVE SEAT, 1 BEDROOM SET, 1 DINING<br>    Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 6  BOOKS-MUSIC: 50 CD'S BOOKS 10<br>    Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 7  CLOTHES: 2 JACKETS, 7 SHORTS, 15 SHIRTS, 6 PANTS<br>    Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8  JEWELRY: 1 WATCH<br>    Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 9  FIREARMS: HANDGUN - 22 CAL.<br>    Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 10 TERM INSURANCE<br>    Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 2004 CHEVY COLORADO EXTENDED CAB TRUCK<br>    Imported from original petition Doc# 1 | 6,500.00 | 2,419.23 | | 2,200.00 | FA |
| 12 HAND GUN - 40 CAL. GLOCK - IS PART OF MY REQUIRE<br>    Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 12   Assets   Totals (Excluding unknown values) | **$84,214.23** | **$39,776.51** | | **$2,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor overpaid his obligation.  Sent refund to Debtor c/o his attorney.  Debtor's attorney had to locate debtor who just cashed the refund.  TFR is being

Printed: 12/16/2013 06:13 PM     V.13.13

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-43155-DRD7  
**Case Name:** ALVAREZ, JOSE REL  

**Trustee:** (450310) DAVID C. STOVER  
**Filed (f) or Converted (c):** 07/31/12 (f)  
**§341(a) Meeting Date:** 08/29/12  

**Period Ending:** 12/16/13  

**Claims Bar Date:** 12/03/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

prepared.11/20/13- sent TFR to UST for review.

**Initial Projected Date Of Final Report (TFR):**   August 20, 2013     **Current Projected Date Of Final Report (TFR):**   November 20, 2013

December 16, 2013          /s/ DAVID C. STOVER  
_____          _____  
Date          DAVID C. STOVER

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-43155-DRD7 | Trustee: | DAVID C. STOVER (450310) |
|---|---|---|---|
| Case Name: | ALVAREZ, JOSE REL | Bank Name: | Rabobank, N.A. |
| | | Account: | ****713666 - Checking Account |
| Taxpayer ID #: | **-***3696 | Blanket Bond: | $20,000,000.00  (per case limit) |
| Period Ending: | 12/16/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 999.68 | | 999.68 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 989.68 |
| 02/06/13 | {11} | Jose Alvarez | Acct #1; Payment #6; 2004 Chevy Colorado Equity | 1129-000 | 200.00 | | 1,189.68 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,179.68 |
| 03/19/13 | {11} | Jose Alvarez | Acct #1; Payment #5; 2004 Chevy Colorado Equity | 1129-000 | 200.00 | | 1,379.68 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,369.68 |
| 04/01/13 | | Jose Alvarez | Acct #1; Payment #1, 2, 3, 4; 2004 Chevy Colorado Equity | | 800.00 | | 2,169.68 |
| | {11} | | Acct #1; Payment #1;         200.00 2004 Chevy Colorado Equity | 1129-000 | | | 2,169.68 |
| | {11} | | Acct #1; Payment #2;         200.00 2004 Chevy Colorado Equity | 1129-000 | | | 2,169.68 |
| | {11} | | Acct #1; Payment #3;         200.00 2004 Chevy Colorado Equity | 1129-000 | | | 2,169.68 |
| | {11} | | Acct #1; Payment #4;         200.00 2004 Chevy Colorado Equity | 1129-000 | | | 2,169.68 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 2,159.68 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,149.68 |
| 07/03/13 | 10102 | Jose Rel Alvarez | Refund of Overpayment of Vehicle Equity | 8200-002 | | 400.00 | 1,749.68 |
| 11/10/13 | 10103 | GUNN, SHANK & STOVER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/10/2013 FOR CASE #12-43155 | 2300-000 | | 1.40 | 1,748.28 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 2,199.68 | 451.40 | $1,748.28 |
| Less: Bank Transfers | 999.68 | 0.00 | |
| Subtotal | 1,200.00 | 451.40 | |
| Less: Payments to Debtors | | 400.00 | |
| NET Receipts / Disbursements | $1,200.00 | $51.40 | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-43155-DRD7
**Case Name:** ALVAREZ, JOSE REL
**Taxpayer ID #:** **-***3696
**Period Ending:** 12/16/13

**Trustee:** DAVID C. STOVER (450310)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******37-66 - Checking Account
**Blanket Bond:** $20,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/12 | {11} | Jose Alvarez | Acct #1; Payment #7; 2004 Chevy Colorado Equity | 1129-000 | 200.00 | | 200.00 |
| 10/15/12 | {11} | Jose Alvarez | Acct #1; Payment #8; 2004 Chevy Colorado Equity | 1129-000 | 200.00 | | 400.00 |
| 11/13/12 | {11} | Jose Alvarez | Acct #1; Payment #9; 2004 Chevy Colorado Equity | 1129-000 | 200.00 | | 600.00 |
| 11/21/12 | 101 | GUNN, SHANK & STOVER | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/21/2012 FOR CASE #12-43155, Pro rata distirbution for Trustee"s bond with International Sureties, | 2300-000 | | 0.32 | 599.68 |
| 12/27/12 | {11} | Joe Alvarez | Acct #1; Payment #1 | 1129-000 | 200.00 | | 799.68 |
| 01/07/13 | {11} | Jose Alvarez | Acct #1; Payment #1; 2004 Chevy Colorado Equity | 1129-000 | 200.00 | | 999.68 |
| 01/10/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001045031088 20130110 | 9999-000 | | 999.68 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,000.00 | 1,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 999.68 | |
| | | | **Subtotal** | | 1,000.00 | 0.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,000.00** | **$0.32** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****713666** | 1,200.00 | 51.40 | 1,748.28 |
| **Checking # 9200-******37-66** | 1,000.00 | 0.32 | 0.00 |
| | $2,200.00 | $51.72 | $1,748.28 |

December 16, 2013 /s/ DAVID C. STOVER
Date DAVID C. STOVER

{} Asset reference(s) Printed: 12/16/2013 06:13 PM V.13.13

# EXHIBIT C - CLAIMS ANALYSIS

### Case:  12-43155-DRD7    ALVAREZ, JOSE REL

Claims Bar Date:  12/03/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | DAVID C. STOVER, TRUSTEE<br>9800 N.W. POLO<br>SUITE 100<br>KANSAS CITY, MO 65153<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>07/31/12 |  | $450.00<br>$450.00 | $0.00 | $450.00 |
|  | DAVID C. STOVER, TRUSTEE<br>9800 N.W. POLO<br>SUITE 100<br>KANSAS CITY, MO 65153<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>07/31/12 |  | $119.26<br>$119.26 | $0.00 | $119.26 |
| 1 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/06/12 |  | $2,307.09<br>$2,307.09 | $0.00 | $2,307.09 |
| 2 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/11/12 |  | $100.00<br>$100.00 | $0.00 | $100.00 |
| 3 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/19/12 |  | $2,734.59<br>$2,734.59 | $0.00 | $2,734.59 |
| 4 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/03/12 |  | $358.74<br>$358.74 | $0.00 | $358.74 |
| 5 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/15/12 |  | $312.17<br>$312.17 | $0.00 | $312.17 |
| 6 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/20/12 |  | $389.05<br>$389.05 | $0.00 | $389.05 |

# EXHIBIT C - CLAIMS ANALYSIS

## Case:  12-43155-DRD7    ALVAREZ, JOSE REL

Claims Bar Date:  12/03/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Capital One, N.A. <br> Bass & Associates, P.C. <br> 3936 E. Ft. Lowell Road, Suite #200 <br> Tucson, AZ 85712 <br> <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured <br> 11/20/13 | Tardily filed claim. | $718.09 <br> $718.09 | $0.00 | $718.09 |
| BOND | GUNN, SHANK & STOVER <br> <2300-00   Bond Payments>,  200 | Admin Ch. 7 <br> 11/10/13 | | $1.40 <br> $1.40 | $1.40 | $0.00 |
| BOND | GUNN, SHANK & STOVER <br> <2300-00   Bond Payments>,  200 | Admin Ch. 7 <br> 11/21/12 | | $0.32 <br> $0.32 | $0.32 | $0.00 |
| | | | **Case Total:** | | **$1.72** | **$7,488.99** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 12-43155-DRD7
Case Name: ALVAREZ, JOSE REL
Trustee Name: DAVID C. STOVER

**Balance on hand:** $ 1,748.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,748.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID C. STOVER, TRUSTEE | 450.00 | 0.00 | 450.00 |
| Trustee, Expenses - DAVID C. STOVER, TRUSTEE | 119.26 | 0.00 | 119.26 |

Total to be paid for chapter 7 administration expenses: $ 569.26
Remaining balance: $ 1,179.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,179.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,179.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 6,201.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Commerce Bank | 2,307.09 | 0.00 | 438.62 |
| 2 | GE Capital Retail Bank | 100.00 | 0.00 | 19.01 |
| 3 | First National Bank of Omaha | 2,734.59 | 0.00 | 519.88 |
| 4 | US BANK N.A. | 358.74 | 0.00 | 68.20 |
| 5 | PYOD, LLC its successors and assigns as assignee | 312.17 | 0.00 | 59.35 |
| 6 | Capital One NA | 389.05 | 0.00 | 73.96 |

Total to be paid for timely general unsecured claims: $ 1,179.02
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 718.09 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7 | Capital One, N.A. | 718.09 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**